## CHARLES LEROY LANE v. STATE OF FLORIDA

21 So. (2nd) 715                            January Term, 1945
April 13, 1945                                    Division A

*W. P. Chavous,* for appellant.

*J. Tom Watson,* Attorney General, and *Sumter Leitner,* Assistant Attorney General, for appellee.

PER CURIAM:

The record and the briefs in this case have been examined and reveal no reversible error.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.

## VIRGIL BROWN v. STATE OF FLORIDA

21 So. (2nd) 715                            January Term, 1945
April 13, 1945                                    Division A

*Jones & Latham,* for appellant.

*J. Tom Watson,* Attorney General, and *Sumter Leitner,* Assistant Attorney General, for appellee.

PER CURIAM:

The record and the briefs in this cause have been examined and we find no reversible error.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.